AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lafferty, William J. | 2. Court or Organization<br><br>Bankruptcy Court, Northern District of California | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge--Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>1300 Clay Street, Room 220<br>Oakland, CA 94612 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investment Funds, 01-09 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | Family Trust |
| 2. | 3/1/98 | Filer and Howard Rice et al. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Permanente Medical Group--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 20-22, 2016 | Indian Wells, CA | Attend Annual meeting CBF, Make Presentations | Two Nights Hotel, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. Filer (H) | | | | | | | | | |
| 2. Charles Schwab Bank, Deposit Account | A | Interest | M | T | | | | | |
| 3. CBS Corp., Common Stock | A | Dividend | J | T | | | | | |
| 4. Dreyfus Growth & Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 5. Howard Rice Investment Fund 01 (no control) | | None | J | U | | | | | |
| 6. Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |
| 7. Howard Rice Investment Fund 03 (no control) | | None | J | U | | | | | |
| 8. Howard Rice Investment Fund 04 (no control) | | None | J | U | | | | | |
| 9. Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 10. Howard Rice Investment Fund 06 (no control) | | None | J | U | | | | | |
| 11. Howard Rice Investment Fund 07 (no control) | | None | J | U | | | | | |
| 12. Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 13. Howard Rice Investment Fund 09 (no control) | A | Distribution | J | U | Distributed (part) | 12/15/16 | J | | See Part VIII |
| 14. II. Trust No. 1 (W) (H) | | | | | | | | | |
| 15. Real Property, Orinda, CA | | None | N | W | | | | | |
| 16. III. Other Non-Trust (W) (H) | | | | | | | | | |
| 17. Rental property, Alameda, CA | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Rental property, Ventura, CA (1/3 interest-- shared with two sisters) | B | Rent | M | W | | | | | |
| 19. Schwab Deposit Account | A | Interest | J | T | | | | | See Part VIII |
| 20. Barclays Bank | A | Interest | N | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA's: (H) | | | | | | | | | |
| 23. Schwab, SWBDX (IRA) | A | Dividend | J | T | | | | | |
| 24. Schwab, Vanguard Total Intl Stock Market Index Fund, VGTSX (IRA) | A | Dividend | J | T | | | | | |
| 25. Schwab, Vanguard Total Stock Market Index Fund, VTSMX (IRA) | A | Dividend | K | T | | | | | |
| 26. Schwab Money Market Fund: SWMMX | A | Dividend | L | T | | | | | See Part VIII |
| 27. | | | | | | | | | |
| 28. Schwab, (S&P 500 Index), SWPPX | B | Dividend | K | T | | | | | See Part VIII |
| 29. Retirement Accounts (W) Permanente (H) | | | | | | | | | |
| 30. 1. TPMG Salary Deferral (W) (H) | | | | | | | | | |
| 31. BTC US Equity Market | A | Dividend | L | T | Sold (part) | 03/15/16 | J | A | |
| 32. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 33. | | | | | Sold (part) | 07/27/16 | J | A | |
| 34. | | | | | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cap Group Int'l Equity. | A | Dividend | K | T | Buy<br>(add'l) | 03/15/16 | J | | |
| 36. | | | | | Buy<br>(add'l) | 06/14/16 | J | | |
| 37. | | | | | Sold<br>(part) | 07/27/16 | J | B | |
| 38. | | | | | Buy<br>(add'l) | 11/15/16 | J | | |
| 39. BTC Life Path 2020 F | A | Dividend | K | T | Sold<br>(part) | 03/15/16 | J | A | |
| 40. | | | | | Sold<br>(part) | 06/14/16 | J | A | |
| 41. | | | | | Sold<br>(part) | 07/27/16 | J | A | |
| 42. | | | | | Sold<br>(part) | 11/15/16 | J | A | |
| 43. FR Fixed Income Retirement (Permanente) | A | Dividend | L | T | Buy<br>(add'l) | 03/15/16 | J | | |
| 44. | | | | | Sold<br>(part) | 06/14/16 | J | B | |
| 45. | | | | | Buy<br>(add'l) | 07/27/16 | J | | |
| 46. | | | | | Sold<br>(part) | 11/15/16 | J | A | |
| 47. TPMI International Foreign Fund | A | Dividend | | | Sold<br>(part) | 03/15/16 | J | A | |
| 48. | | | | | Sold | 04/08/16 | J | A | |
| 49. TPML Intl Foreign A3 | A | Dividend | K | T | Buy | 04/08/16 | J | | |
| 50. | | | | | Buy<br>(add'l) | 06/14/16 | J | | |
| 51. | | | | | Sold<br>(part) | 07/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 53. MP II CL 3 | A | Interest | | | Open | 03/15/16 | J | | See Part VIII |
| 54. | | | | | Sold (part) | 06/14/16 | J | A | |
| 55. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 56. | | | | | Closed | 11/15/16 | J | A | |
| 57. 2. Permanente Employer Contribution Plan (W) (H) | | | | | | | | | |
| 58. TPMG Conservative Fund | A | Dividend | | | Sold (part) | 03/15/16 | J | A | See Part VIII |
| 59. | | | | | Sold | 06/14/16 | J | A | |
| 60. BTC US Equity Market | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 61. Cap Group International Equityl Equity | A | Dividend | K | T | | | | | |
| 62. BTC Life Path 2020 F | A | Dividend | J | T | | | | | |
| 63. FR Fixed Income Employer Retirement Plan (Permanente) | A | Dividend | K | T | | | | | |
| 64. TPML International Foreign Fund | A | Dividend | J | T | | | | | |
| 65. 3. Kaiser Foundation Health Plan(W) (H) | | | | | | | | | |
| 66. (a) Plan B(W) (H) | | | | | | | | | |
| 67. Vanguard Wellington Fund, Inv. | A | Dividend | L | T | | | | | |
| 68. Vanguard Total Bond Mkt 1x 1st Plus | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Dividend | M | T | | | | | |
| 70. Vanguard Prime Cap Fund Admiral | A | Dividend | N | T | | | | | |
| 71. KP Interest Income Fund | B | Dividend | K | T | | | | | |
| 72. (b) TSA (W) (H) | | | | | | | | | |
| 73. Vanguard Wellington Fund, Inv. | A | Dividend | N | T | | | | | |
| 74. Vanguard Stable Income Fund | D | Dividend | M | T | | | | | See Part VIII |
| 75. Vanguard Total Bond Mkt 1x 1st Plus | A | Dividend | L | T | | | | | |
| 76. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Dividend | N | T | | | | | |
| 77. Dreyfus Appreciation Fund (IRA) | A | Dividend | K | T | | | | | |
| 78. Brokerage Account (H) | | | | | | | | | |
| 79. 3M Company (MMM) | B | Dividend | L | T | Buy (add'l) | 10/28/16 | K | | |
| 80. | | | | | Sold (part) | 12/28/16 | L | D | |
| 81. Accelerate Diagnostics, Inc. (AXDX) | | None | K | T | Buy (add'l) | 06/17/16 | J | | |
| 82. | | | | | Sold (part) | 09/19/16 | J | A | |
| 83. AES (AES) | B | Dividend | K | T | Buy (add'l) | 02/25/16 | J | | |
| 84. Allergan (AGN) | | None | K | T | Buy | 04/08/16 | K | | |
| 85. Alphabet Inc. Class C (GOOG) | | None | K | T | Sold (part) | 09/20/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alphabet Inc. Class A (GOOGL) | | None | K | T | | | | | |
| 87. Altria Group Inc (MO) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | D | |
| 88. Amgen Inc (AMGN) | B | Dividend | L | T | Buy (add'l) | 10/28/16 | K | | |
| 89. | | | | | Sold (part) | 08/05/16 | J | A | |
| 90. Amplify Snack Brands (BETR) | | None | K | T | Buy | 10/07/16 | K | | |
| 91. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 92. Archer Daniels Midland (ADM) | A | Dividend | J | T | Buy (add'l) | 09/09/16 | J | | |
| 93. | | | | | Sold (part) | 11/15/16 | J | A | |
| 94. AthenaHealth (ATHN) | | None | J | T | Buy | 03/15/16 | K | | |
| 95. | | | | | Sold (part) | 07/07/16 | J | A | |
| 96. Australia NZ Bank (ANZBY) | B | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 97. Automatic Data Processing (ADP) | A | Dividend | K | T | Sold (part) | 08/09/16 | J | C | |
| 98. BCE Inc. (BCE) | A | Dividend | | | Sold | 03/16/16 | J | A | |
| 99. BHP Billiton (BHP) | A | Dividend | K | T | Buy (add'l) | 10/28/16 | K | | |
| 100. | | | | | Sold (part) | 11/23/16 | K | A | |
| 101. CDK Global (CDK) | A | Dividend | J | T | | | | | |
| 102. Broadcom Limited (AVGO) | | None | | | Buy (add'l) | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 02/12/16 | K | E | |
| 104. Celgene (CELG) | | None | K | T | Buy (add'l) | 02/29/16 | J | | |
| 105. Vangaurd Total Market Index (VTI) | B | Dividend | M | T | Buy (add'l) | 10/07/16 | M | | |
| 106. | | | | | Sold (part) | 12/19/16 | K | A | |
| 107. CVS Health (CVS) | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 108. Chevron (CVX) | A | Dividend | K | T | Buy (add'l) | 06/01/16 | J | | |
| 109. | | | | | Sold (part) | 11/15/16 | K | A | |
| 110. Chipotle Mexican (CMG) | | None | J | T | Sold (part) | 01/29/16 | J | A | |
| 111. Chubb Group (CB) | A | Dividend | J | T | Sold (part) | 01/19/16 | J | B | |
| 112. Church & Dwight (CHD) | A | Dividend | K | T | Buy (add'l) | 12/08/16 | K | | |
| 113. | | | | | Sold (part) | 04/27/16 | K | D | |
| 114. Cree (CREE) | | None | K | T | Buy (add'l) | 03/03/16 | K | | |
| 115. Coca Cola (KO) | A | Dividend | J | T | | | | | |
| 116. Columbia Large Cap Core (NMIMX) | B | Dividend | L | T | | | | | |
| 117. Costco (COST) | A | Dividend | J | T | | | | | |
| 118. Cross TImbers (CRT) | B | Dividend | K | T | Sold (part) | 08/01/16 | J | A | |
| 119. John Deere (DE) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Emerson Electric (EMR) | A | Dividend | K | T | | | | | |
| 121. Energy Transfer Equity (ETE) | B | Dividend | K | T | | | | | |
| 122. Energy Transfer Partners | B | Dividend | K | T | Buy (add'l) | 07/14/16 | K | | |
| 123. | | | | | Sold (part) | 12/22/16 | J | A | |
| 124. DFA International Equity (DFIEX) | | None | K | T | Sold (part) | 09/20/16 | K | A | |
| 125. DFA US Large Cap (DFLVX) | C | Dividend | L | T | Buy (add'l) | 12/15/16 | J | | See Part VIII |
| 126. Engility (EGL) | | None | J | T | | | | | |
| 127. Exxon (XOM) | A | Dividend | K | T | Sold (part) | 09/20/16 | J | C | |
| 128. Fidelity National Info (FIS) | A | Dividend | K | T | Sold (part) | 05/09/16 | J | B | |
| 129. Generac (GNRC) | | None | L | T | Buy (add'l) | 10/25/16 | J | | |
| 130. | | | | | Sold (part) | 11/14/16 | J | A | |
| 131. General Electric (GE) | A | Dividend | K | T | | | | | |
| 132. Gentex (GNTX) | A | Dividend | L | T | Buy (add'l) | 10/07/16 | K | | |
| 133. Honeywell (HON) | A | Dividend | K | T | Buy (add'l) | 10/07/16 | K | | |
| 134. | | | | | Sold (part) | 06/09/16 | J | B | |
| 135. Hudson Pacific (HPP) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | B | |
| 136. Illumina (ILMN) | | None | K | T | Buy (add'l) | 01/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/28/16 | J | A | |
| 138. Intel (INTC) | B | Dividend | L | T | Sold (part) | 08/05/16 | J | A | |
| 139. International Flavors & Frag (IFF) | A | Dividend | J | T | Sold (part) | 09/21/16 | K | D | |
| 140. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 141. JM Smucker (SJM) | A | Dividend | J | T | Sold (part) | 06/29/16 | K | D | |
| 142. Johnson & Johnson (JNJ) | B | Dividend | K | T | Sold (part) | 11/15/16 | K | D | |
| 143. Juno Therapeutics (JUNO) | | None | J | T | Buy | 10/06/16 | J | | |
| 144. Keurig Green Mountain (GMCR) | A | Dividend | | | Sold | 03/03/16 | K | D | |
| 145. King Digital (KING) | | None | | | Sold | 02/23/16 | K | D | |
| 146. Kinder Morgan (KMI) | A | Dividend | K | T | | | | | |
| 147. Lowes Company (LOW) | A | Dividend | K | T | Buy (add'l) | 11/29/16 | K | | |
| 148. LVMH Moet (LVMUY) | | None | | | Buy (add'l) | 01/05/16 | J | | |
| 149. | | | | | Sold | 02/26/16 | J | A | |
| 150. MPLX (MPLX) | C | Dividend | L | T | Buy (add'l) | 10/07/16 | K | | |
| 151. | | | | | Sold (part) | 03/16/16 | J | A | |
| 152. Martin Marietta (MLM) | A | Dividend | K | T | | | | | |
| 153. Mastercard (MC) | A | Dividend | | | Buy (add'l) | 03/04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/11/16 | K | D | |
| 155. Microsoft (MSFT) | C | Dividend | M | T | | | | | |
| 156. Mondelez (MDLZ) | A | Dividend | K | T | | | | | |
| 157. Myriad Genetics (MYGN) | | None | J | T | | | | | |
| 158. National Grid Transco (NGG) | | None | K | T | Buy | 12/14/16 | K | | |
| 159. Newlink Genetics (NWLK) | | None | | | Sold | 09/20/16 | J | A | |
| 160. Nokia (NOK) | A | Dividend | J | T | | | | | |
| 161. Norfolk Southern (NSC) | A | Dividend | J | T | Sold (part) | 11/23/16 | J | B | |
| 162. Novartis (NVS) | B | Dividend | K | T | | | | | |
| 163. Novo Nordisk (NVO) | B | Dividend | K | T | Buy (add'l) | 11/30/16 | K | | |
| 164. Omnivision (OVTI) | | None | | | Sold | 01/28/16 | K | D | |
| 165. Opko Health (OPK) | | None | K | T | Buy (add'l) | 03/10/16 | J | | |
| 166. Oracle (ORCL) | A | Dividend | K | T | Sold (part) | 03/18/16 | J | A | |
| 167. Philip Morris (PM) | A | Dividend | K | T | Buy (add'l) | 11/30/16 | J | | |
| 168. | | | | | Sold (part) | 03/03/16 | J | A | |
| 169. Phillips 66 (PSX) | A | Dividend | J | T | Sold (part) | 03/02/16 | J | A | |
| 170. Potash (POT) | B | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Principal Financial Group (PFG) | A | Dividend | K | T | Buy (add'l) | 03/06/16 | J | | |
| 172. Qualcomm (QCOM) | C | Dividend | L | T | | | | | |
| 173. Roche (RHHBY) | B | Dividend | K | T | Buy (add'l) | 10/07/16 | J | | |
| 174. Schwab Value Advantage Money Fund (SWVXX) | A | Interest | K | T | | | | | |
| 175. SPDR Gold Trust (GLD) | | None | K | T | Buy (add'l) | 10/25/16 | K | | |
| 176. | | | | | Sold (part) | 06/16/16 | J | A | |
| 177. Sabine Royalty Trust (SBR) | C | Dividend | L | T | Buy (add'l) | 04/04/16 | J | | |
| 178. Seattle Genetics (SGEN) | | None | J | T | Sold (part) | 11/23/16 | K | D | |
| 179. South 32 Limited (SOUHY) | A | Dividend | J | T | | | | | |
| 180. Suncor (SU) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 181. Sunedison (SUNE) | | None | | | Sold | 12/20/16 | J | A | |
| 182. Super Micro COmputer (SMCI) | | None | L | T | Buy (add'l) | 10/07/16 | K | | |
| 183. | | | | | Sold (part) | 12/28/16 | J | A | |
| 184. T Rowe PRice (TROW) | A | Dividend | J | T | | | | | |
| 185. Taiwan Semiconductor (TSM) | | None | K | T | Buy | 10/26/16 | K | | |
| 186. The Kraft Heinz (KHC) | A | Dividend | J | T | | | | | |
| 187. Ultra Petroleum (UPL) | | None | J | T | Sold (part) | 08/05/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Union Pacific (UNP) | B | Dividend | K | T | Sold (part) | 12/28/16 | K | C | |
| 189. United Tehnologies (UTX) | B | Dividend | L | T | Sold (part) | 08/08/16 | J | A | |
| 190. US TBILL (912796KS7) | | None | M | T | Buy | 12/30/16 | M | | |
| 191. Vanguard Growth (VUG) | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 192. Vanguard Total Stock (VTSMX) | B | Dividend | L | T | | | | | |
| 193. W.R. Berkley | A | Dividend | K | T | Buy (add'l) | 09/07/16 | J | | |
| 194. WW Grainger (GWW) | A | Dividend | J | T | Sold (part) | 08/10/16 | K | A | |
| 195. Walter Energy (WLTGQ) | | None | J | T | | | | | |
| 196. Williams Partners (WPZ) | C | Dividend | K | T | Buy (add'l) | 03/17/16 | J | | |
| 197. Wright Medical (WMGI) | | None | K | T | Buy (add'l) | 02/29/16 | J | | |
| 198. | | | | | Sold (part) | 08/09/16 | J | A | |
| 199. XPO Logistics (XPO) | | None | J | T | Buy | 09/29/16 | J | | |
| 200. | | | | | Sold (part) | 11/14/16 | J | A | |
| 201. Xilinx (XLNX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. With respect to Part VII, line 12, my former law firm, Howard Rice et al., sometimes received additional or alternative compensation from clients in the form of equity interests in the client. At the end of each calendar year the firm would form a partnership to hold the equity interests so acquired during that year for the benefit of the equity holders in the law firm, and the various partnership entities listed in lines 5-13 of Part VII represent the Howard Rice partnerships in which I had an equity interest when I left the firm to become a Bankruptcy Judge. In general, I have assigned a fairly nominal "value" to my interests in these partnerships because, absent a liquidity event, they have little value per se. In the fall of 2016, one of the companies in which the firm had an equity interest that was held in the Howard Rice Investment Fund '09 had a liquidity event, and the successor law firm (Arnold & Porter) received a distribution from the entity in the form of cash, that was then distributed to the holders of the equity interests in Howard Rice Investment Fund 09. I received a check from the firm in the approximate amount of $590 on December 15, 2016. This event notwithstanding, the assets remaining in the '09 Fund, as well as the assets in the remaning Howard Rice Investment Funds, remain illiquid and therfore, in my mind, of uncertain but likely miniscule value, and I have not altered the year-end amount values for any of these investments.

2. With respect to Part VII, line 19, this refers to a deposit account in which my wife and her two sisters deposit the rents received, and from which they pay distributuions of rent to each other (as accounted for in the "income" column for line 18 in Part VII) and pay expenses for the rental property. I list this in an abundance of caution, because this account isn't really my wife's property in the distributional sense, but she and her sisters would each have a residual interest in any amounts left in the account "at the end of the day". I did not list this account last year because I thought that the relevant economic interest re the Ventura property was reflected in line 18 (as it is again this year) but because my wife and her sisters could each have some beneficial interest in this account, I list it here with this explanation.

3. With respect to Part VII, line 22 from the 2015 Report, the "Cross Timbers Partnership" entry was listed there in error. The interest in the Cross Timbers entity was accurately and correctly listed at Part VII, line 81 of the 2015 Report, as part of the portfolio of equity interests managed for Filer and Wife by Fairfield Bush, and it should not have been listed elsewhere.

4. With respect to Part VII, line 26 from this year's Report, and Part VII, line 27 from the 2015 Report, two corrections: 1. This account was improperly named as "Schwab Money Market Fund (S&P 500 Index): SWMXX" in the 2015 Report. The correct name (and it is corrected in Part VII, line 28, of this year's Report), is "Schwab Money Market Fund, SWMMX". 2. In the 2015 Report, I made an inadvertent math error in calculating the ending balance for this asset/fund, which, after giving effect to the transactions described in the 2015 Report, exceeded $50,000--thus, the ending value should have been "L", not "K". This year's Report corrects this error.

5. With respect to Part VII, line 28 from this year's Report, and Part VII, line 27 from the 2015 Report, two corrections: 1. This account was improperly named as "Schwab Money Market Fund: SWPPX" in the 2015 Report. The correct name (and it is corrected in Part VII, line 30, of this year's Report), is "Schwab S&P 500 (SWPPX)" In the 2015 Report, I made an inadvertent math error in calculating the ending balance for this asset/fund, which exceeded $15,000--thus, the ending value should have been "K", not "J". This year's Report corrects this error.

6. With respect to Part VII, lines 53-56 of this year's Report, during calendar year 2016, the managers of the TPMG Salary Deferral Plan opened, and then closed, a new account, titled "MIP II CL 3" for the purpose of holding on a short term basis some of the moneys transferred from other entities during the course of the year. The total aggregate amount of funds "in and out" of this account was less than $3000, and the last amounts in this account essentially went into the BTC US Equity Market account, listed at lines 33-37.

7. With respect to Part VII, lines 58-59 of this year's Report, the "TPMG Conservative Fund", this fund was erroneously listed among the TPMG Salary Deferral Plan group in the 2015 Report--in fact, this fund is included in, and should have been listed in, the Permanente Employer Contribution Plan group. This year's Reort corrects that error. Also, this asset, which had a total value of approximately $1942 at the end of calendar year 2015, was disposed of entirely in 2016, with the last funds apparently being transferred to the BTC US Equity Market fund.

8. With respect to Part VII, line 74, the end of the year aggregate value for the "Vanguard Stable Income Fund" was erroneously listed in last year's report as value "K" ($15,000--$50,000); it should have been listed as value "L" ($50,000--$100,000); the actual vlaue was approximately $93,000. The value for this year is correctly listed as "M" ($100,000--$250,000), based on gains in the fund, and continuing contributions. In addition I included the name of the fund family "Vanguard" in this years report.

9. With respect to Part VII, lines 125 and 192, these assets were inadvertently ommitted from my 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Lafferty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544